# Third District Court of Appeal

## State of Florida

Opinion filed January 12, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-0297
Lower Tribunal Nos. 20-0263 AP; 18-25906 CC
_____

**ASAP Restoration Corp.
a/a/o Desner and Michelle Serin,**
Appellant,

vs.

**Citizens Property Insurance Corporation,**
Appellee.


An Appeal from the County Court for Miami-Dade County, Ayana Harris, Judge.

Kopelowitz Ostrow Ferguson Weiselberg Gilbert, and Alexis Fields (Fort Lauderdale), for appellants.

Cole, Scott & Kissane, P.A., and David C. Borucke, for appellee.


Before LINDSEY, GORDO, and BOKOR, JJ.

PER CURIAM.

Affirmed.